**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**2927764 CANADA, INC., d/b/a:  Western Harvest Gardens,**

        **Plaintiff,**

**HARVEST FRESH INTERNATIONAL, INC., TOM CURTIS BROKERAGE, INC., and A. DUDA & SONS, INC.,**

        **Intervenor Plaintiffs,**

**WADA FARMS MARKETING GROUP, LLC d/b/a WADA FARMS POTATOES, INC.,**

        **Intervenor Plaintiff,**

**and**

**MAS & FILS JARDINIERS, LTEE.,**

        **Consolidated Plaintiff,**

**-vs-**                                                         **LEAD CASE**
                                                                   **Case No.  6:04-cv-1587-Orl-22DAB**

**DEW DROP FARMS, L.L.C., and MICHAEL P. HUSKA,**

        **Defendants.**
_____

**ORDER**

This cause came on for consideration without oral argument on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **UNOPPOSED MOTION FOR LEAVE FOR OUT OF STATE CONSOLIDATED PLAINTIFF [MAS & FILS JARDINIERS, LTEE] TO TELEPHONICALLY ATTEND SETTLEMENT CONFERENCE (Doc. No. 149)** |
| **FILED:** | **February 8, 2006** |
| **THEREON** it is **ORDERED** that the motion is **GRANTED**. | |
| **MOTION:** | **INTERVENING PLAINTIFF WADA FARMS MARKETING GROUP'S UNOPPOSED JOINDER IN MOTION FOR LEAVE TO DESIGNATE REPRESENTATIVE, OR IN THE ALTERNATIVE, TO TELEPHONICALLY ATTEND SETTLEMENT CONFERENCE (Doc. No. 150)** |
| **FILED:** | **February 8, 2006** |
| **THEREON** it is **ORDERED** that the motion is **GRANTED**. | |

Under the Perishable Agricultural Commodities Act, 7 U.S.C. § 499a *et seq.*, all Plaintiff-claimants have a fiduciary duty to share any recovery on a pro-rata basis. Mas & Fils Jardiniers, Ltee[1] and Intervening Plaintiff Wada Farms Marketing Group are **GRANTED** leave to designate the corporate representative (Henry Clark) of fellow Plaintiff, A. Duda & Sons, a 46% stakeholder, to represent their interests with full settlement authority to resolve the case and appear at the Final Pretrial Conference.

**DONE** and **ORDERED** in Orlando, Florida on February 10, 2006.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

---

[1] Mas & Fils, Ltee. holds less than 10% of the total claims. Doc. No. 149.