**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**2927764 CANADA, INC., d/b/a:  Western Harvest Gardens,**

      **Plaintiff,**

**HARVEST FRESH INTERNATIONAL, INC., TOM CURTIS BROKERAGE, INC., and A. DUDA & SONS, INC.,**

      **Intervenor Plaintiffs,**

**WADA FARMS MARKETING GROUP, LLC d/b/a WADA FARMS POTATOES, INC.,**

      **Intervenor Plaintiff,**

**and**

**MAS & FILS JARDINIERS, LTEE.,**

      **Consolidated Plaintiff,**

**-vs-**                     **LEAD CASE**
                     **Case No.  6:04-cv-1587-Orl-22DAB**

**DEW DROP FARMS, L.L.C., and MICHAEL P. HUSKA,**

      **Defendants.**

_____

## ORDER

   This cause is before the Court on the Motion to Apportion Judgment (Doc. No. 158) filed on April 26, 2007.

The United States Magistrate Judge has submitted a report recommending that the Motion be denied without prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed July 13, 2007 (Doc. No. 161) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Apportion Judgment (Doc. No. 158) is **DENIED without prejudice**.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on July 31, 2007.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

ANNE C. CONWAY
United States District Judge